UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CONZALOS GLASCO, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 1:08-cv-1224-DFH-TAB |
| ) | |
| WENDY KNIGHT, Superintendent, ) | |
| ) | |
| Respondent. ) | |

**Entry and Order Directing Dismissal of Action**

Conzalos Glasco, a state prisoner, challenges disciplinary proceeding No. IYC08-06-0193. According to his petition for a writ of habeas corpus, Glasco was assaulted by a group of inmates at the Plainfield Correctional Facility on March 11, 2008. He was then found guilty of attempting to obstruct, alter, or damage a video camera monitoring the area in which the assault occurred. His challenge to that disciplinary proceeding, however, rests in each particular on the failure of prison authorities to segregate, punish, and/or deal with the assaulting group of inmates.

These concerns, however, appear to have no logical, factual or legal connection to whether Glasco was accorded due process in his own disciplinary case, and thus do not support any claim that the disciplinary proceeding was constitutionally infirm.

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott,* 512 U.S. 849, 856 (1994); *see also United States v. Thomas*, 221 F.3d 430, 437 (3d Cir.2000); *Siers v. Ryan*, 773 F.2d 37, 45 (3d Cir.1985), *cert. denied*, 490 U.S. 1025. That is the case here for the reasons explained above, and because the petition shows on its face that Glasco is not entitled to the relief he seeks the action must be summarily dismissed pursuant to Rule 4 of the *Rules Governing Section 2254 Proceedings in the United States District Court.* Judgment consistent with this Entry shall now issue.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 09/16/2008